**David Cutler, Attorney No. 036107**
**Phoenix Fresh Start Bankruptcy**
**4602 E Thomas Rd, Ste S-9**
**Phoenix, AZ 85018**
**Phone: 602-598-5075**
**Email: documents2@phxfreshstart.com**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| MONIQUE L WHITE, | Case No. 2:25-bk-08245-PS |
| | **OBJECTION TO TRUSTEE'S RECOMMENDATION** |
| Debtor. | |

Come now the above-named Debtor, MONIQUE L WHITE, by and through counsel of record and hereby objects to the Chapter 13 Trustee's Recommendation filed on December 1, 2025 docketed at docket no.18. Debtor has not been able to fully comply with the Trustee's Recommendations and is working to resolve the outstanding issues in order to comply with the Trustee's evaluation. Debtor represents the following in support of their motion:

1. Debtor needs additional time to resolve the Objection to Confirmation filed by Secured Creditor, Regional Acceptance Corporation, docket no 16.
2. Debtor needs additional time to bring plan payments current.

## PRAYER FOR RELIEF

WHEREFORE, Debtor pray that the Court grant additional time, and grant Debtor additional time to comply with Trustee Recommendations.

Dated: January 14, 2026.

Objection

Respectfully submitted:

/s/ David Cutler
David Cutler, 036107
Phoenix Fresh Start Bankruptcy

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was submitted on January 14, 2026 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants, including counsel for each of debtors' mortgage creditors, appearing in this case.

By: /s/David Cutler

Objection